08 CIV 3841

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SINOTRANS LTD. PROJECT TRANSPORTATION
BRANCH,

          Plaintiff,

- against -

RICHFIELD CORPORATION LTD.,

          Defendant.
-------------------------------------------------------------

08 CV _____

ECF CASE

RECEIVED
APR 23 2008
USDC S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: April 23, 2008
      Southport, CT

The Plaintiff,
SINOTRANS LTD. PROJECT
TRANSPORTATION BRANCH

By: _____
Coleen A. McEvoy
Patrick F. Lennon
Nancy R. Peterson
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax
cam@lenmur.com
pfl@lenmur.com
nrp@lenmur.com