```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SINOTRANS LTD. PROJECT TRANSPORTATION  :
BRANCH,                                :
                                       :
                        Plaintiff,     :
                                       :
        - against -                    :    08 CV 3841 (DLC)
                                       :    ECF CASE
RICHFIELD CORPORATION LTD.,            :
                                       :
                        Defendant.     :
-------------------------------------------------------------X
```

USDC SDNY (0585)
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from the Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 19, 2008
       Southport, CT

                                    The Plaintiff,
                                    SINOTRANS LTD. PROJECT TRANSPORTATION
                                    BRANCH,

                                    By: _____
                                    Patrick F. Lennon
                                    Coleen A. McEvoy
                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050 / Fax (212) 490-6070
                                    cam@lenmur.com
                                    pfl@lenmur.com

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge

June 20, 2008